UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| | |
|---|---|
| Case No. | CV 11-1597 DSF (RZx) |
| Date | 12/7/11 |
| Title | Speculative Design, Inc. v. Victor G. Gomez, et al. |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                          Not Present

**Proceedings:**    (In Chambers) Order to Show Cause

    The Court is in receipt of the Notice of Settlement. The trial date is vacated. An Order to Show Cause re Dismissal is set for January 30, 2011 at 11:00 a.m. If the dismissal is filed by that date, no appearance is necessary. If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.

n/a